**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**
**JAMES R. LARSEN, District Court Executive**
**P.O. Box 1493; Spokane, WA 99210**
**(509) 353-2150**
January 14, 2003

U.S. COURTS
03 JAN 15 PM 2:23
CAMERON S. BURKE
CLERK IDAHO

U.S. District Court Clerk
Federal Building - 2nd Floor
205 N. Fourth Street
Coeur d'Alene, ID 83814

RE: **USA v. BRADLEY DELORME**
EDWA No. 03-026-01 CR 02-254

Enclosed are certified copies of the following papers:

* Courtroom Minutes
* Acknowledgement of Notice of Rights
* Waiver of Rule 40 Hearings
* Financial Affidavit
* Motion for Detention
* Order Appointing the Federal Defender
* Order Following Waiver of Removal Hearing

Please acknowledge receipt on the duplicate letter enclosed.

Sincerely,

L. Stejskal

L. Stejskal, Deputy Clerk

# UNITED STATES DISTRICT COURT

US ATTORNEY'S OFFICE
COEUR D'ALENE, ID
2002 DEC 23 PM 4:17
COPY

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA
v.
BRADLEY M. DELORME

***SECRET***
*WARRANT FOR ARREST*

CASE NUMBER: **CR 02-254-C-EJL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **BRADLEY M. DELORME** and bring forthwith to the nearest magistrate to answer **INDICTMENT** charging with the below listed violation.

18:2243(a) AND 18:1153 SEXUAL ABUSE OF A MINOR

JILL AJIR

Jill Ajir, Deputy Clerk
Name and Title of Issuing Officer

December 18, 2002
Date

---

**RETURN**

---

This warrant was received _______________ and executed with the arrest of the above-named individual at ____________________.

_______________________________________________

_____________________________ ____________________
Signature of Arresting Officer Date of Arrest

_____________________________
Name & Title of Arresting Officer

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JAN 14 2003
JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, Plaintiff,

v.

BRADLEY MOSES DELORME, Defendant.

No. 03-026-01

ORDER FOLLOWING WAIVER OF REMOVAL AND DETENTION HEARINGS

At the January 14, 2003 Fed. R. Crim. P. 40 hearing, Defendant appeared with Assistant Federal Defender Kim Deater; Assistant U.S. Attorney Tim Ohms represented the United States. In open court and in writing, Defendant, individually and through his court-appointed counsel, waived his right to a removal hearing, pursuant to Rule 40.

On the issue of pretrial detention, Defendant, individually and through his counsel, waived his right to a detention hearing. The agreement not to contest detention at this time, is without prejudice to Defendant's moving to amend or modify the court's detention order if changed circumstances dictate.

**IT IS ORDERED:**

1. Defendant's Waivers of the Rule 40 removal and detention hearings are accepted as knowing and voluntary.

2. Defendant is committed to the custody of the United States Marshal for detention until further order of the court, and for removal as soon as reasonably possible to the District of Idaho.








3. Defendant shall be made reasonably available for communication with his court-appointed counsel.

4. Until appointment of counsel in the charging district, all notices shall be sent to the Federal Defenders of Eastern Washington, N. 10 Post St., Suite 700, Spokane, WA 99201.

DATED this 14th day of January, 2003.

CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JAN 14 2003
JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. BRADLEY MOSES DELORME, Defendant. | No. 03-026-01 ORDER APPOINTING FEDERAL DEFENDERS OF EASTERN WASHINGTON |

On the basis of the Defendant's sworn financial statement, the court finds he is financially unable to retain counsel.

**IT IS ORDERED** the Federal Defenders of Eastern Washington are appointed to represent Defendant pursuant to Title 18 United States Code § 3006A.

DATED this 14th day of January, 2003.

CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

United States District Court
Eastern District of Washington
By Deputy Clerk



6

James A. McDevitt
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JAN 14 2003
JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,
Plaintiff,
vs.
BRADLEY MOSES DELORME,
Defendant.

Motion for Detention Hearing

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves:

- ☐ Crime of violence (18 U.S.C. § 3156)
- ☐ Maximum sentence life imprisonment or death
- ☐ 10+ year drug offense
- ☐ Felony, with two prior convictions in above categories
- ☒ Serious risk Defendant will flee
- ☐ Serious risk obstruction of justice

2. Reason For Detention. The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure:

- ☒ Defendant's appearance as required
- ☐ Safety of any other person and the community



ATTEST: A True Copy
JAMES R. LARSEN, Clerk
U.S. District Court
Eastern District of Washington
Deputy Clerk

3

3. Rebuttable Presumption. The United States will not invoke the rebuttable presumption against Defendant under Section 3142(e). The presumption applies because:

☐ Probable cause to believe Defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

☐ Previous conviction "eligible" offense committed while on pretrial bond

4. Time For Detention Hearing. The United States requests the Court conduct the detention hearing:

☐ At the first appearance

☒ After a continuance of three days.

5. Other Matters.

☐

DATED this 14th day of January, 2003.

James A. McDevitt
United States Attorney

Timothy J. Ohms
Assistant United States Attorney

# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF

______ VS. ______

FOR

AT

LOCATION NUMBER

FILED IN THE U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON

JAN 14 2003

JAMES R. LARSEN, CLERK ______ DEPUTY

SPOKANE, WASHINGTON

PERSON REPRESENTED (Show your full name)

Bradley Moses Delorme

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) ______

DOCKET NUMBERS

Magistrate

District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

Sexual Abuse of Minor

## ASSETS

### EMPLOYMENT

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: ______

IF YES, how much do you earn per month? $ ______

IF NO, give month and year of last employment How much did you earn per month? $ ______

If married is your Spouse employed? ☐ Yes ☒ No

IF YES, how much does your Spouse earn per month? $ ______

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ______

### OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

| RECEIVED | SOURCES |
|---|---|
| $ | NONE |

### CASH

Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No IF YES, state total amount $ ______

### PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| $ ? | Share in cropland |
| | Cottonwood Creek I.D |

## OBLIGATIONS & DEBTS

### DEPENDENTS

MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED

Total No. of Dependents ______

List persons you actually support and your relationship to them: NONE

### DEBTS & MONTHLY BILLS

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Utilities Cable | $ 400.00 | $ |
| Phone | $ | $ 35.00 |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ______

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) [signature]

ATTEST & True Copy, JAMES R. LARSEN, Clerk, United States District Court, Eastern District of Washington. By [signature] Deputy Clerk

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 14 2003

JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. BRADLEY MOSES DELORME, Defendant. | Magistrate Judge No. 03-026-01 WAIVER OF RULE 40 HEARINGS |

I, BRADLEY MOSES DELORM* have been advised charges are pending against me in the District of Idaho, and that, following my arrest in the Eastern District of Washington, I appeared before United States Magistrate Judge Cynthia Imbrogno, who informed me of the charge and my rights to:

(1)remain silent, knowing that if I make a statement, it can be used against me; (2) retain counsel or have counsel appointed for me; (3) an identity hearing to determine if I am the person sought by the prosecuting district; and (4) plead guilty to the charge in this district, if I and the United States Attorneys in this district and in the requesting district agree.

If this matter is proceeding by **COMPLAINT**:

**I WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing in this district
( ) preliminary examination in this district
( ) bail hearing in this district

If this matter is proceeding by **INDICTMENT**:

**I WAIVE (GIVE UP) MY RIGHT TO A(N)**

(X) identity hearing in this district
(X) bail hearing in this district

ATTEST A True Copy
JAMES R. LARSEN, Clerk
United States District Court
Eastern District of Washington
Deputy Clerk





If this matter is proceeding by **PETITION:**

I **WAIVE (GIVE UP) MY RIGHT TO A(N)**

( ) identity hearing in this district
( ) probable cause hearing in this district
( ) bail hearing in this district

If this matter is proceeding by **WARRANT**:

**I WAIVE (GIVE UP) MY RIGHT TO A(N)**

(X) identity hearing in this district
(X) bail hearing in this district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

As to those hearings which are waived in this district, other than the identity hearing, I **RESERVE** the right to have those hearings in the prosecuting district.

1/14/03
Date

Defendant

Defense Counsel

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 14 2003

JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, Plaintiff,

v.

BRADLEY MOSES DELORME, Defendant.

No. 03-026-01

ACKNOWLEDGMENT OF NOTICE OF RIGHTS

The undersigned Defendant does hereby acknowledge: I appeared before the United States Magistrate Judge this date and was advised as follows:

1) Of the charge or charges placed against me, and I acknowledge receipt of a copy of the Indictment, which specifically sets forth the allegations;

2) Of the maximum penalty provided by law;

3) My right to remain silent at all times and, if I make a statement, the fact it can be used against me;

4) My right to retain my own counsel, and, if I am without funds, to have counsel appointed to represent me in this matter in this district and the requesting district;

5) My right to a jury trial before a Federal District Court Judge, to be confronted by the United States' witnesses, and have witnesses attend on my behalf;

6) My right to state in writing a wish to plead guilty or nolo contendre, to waive trial in the district in which the Indictment is pending, and to consent to disposition of this case in this district, *subject to* the approval of the United States Attorney for the charging district and this district;

7) My right to an identity hearing on the warrant for removal to ascertain I am the person named in the Indictment or to waive this hearing in writing;

ATTEST: A True Copy
JAMES R. LARSEN, Clerk
United States District Court
Eastern District of Washington
By ________ Deputy Clerk





8) My right to a detention hearing within three business days if the United States moves for detention, and to be represented by counsel at that hearing.

Dated this 14 day of January, 2003.

Defendant

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 14 2003

JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

## MAGISTRATE JUDGE IMBROGNO

## MAGISTRATE NO: 03-026-01

## USA v. BRADLEY DELORME

## INITIAL APPEARANCE - RULE 40 HEARING: 1/14/03

| | | | |
|---|---|---|---|
| [X] | Honorable Cynthia Imbrogno | [X] | Tim Ohms, USAtty |
| [X] | L. Stejskal, Courtroom Deputy | [X] | Kim Deater, Defense Counsel |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | | |
|---|---|---|---|
| [X] | Deft Present | [X] | Rights Given |
| [X] | Counsel Present | [X] | Acknowledgement of Rights |
| [X] | Financial Affidavit (CJA 23) | [X] | Copy of Charging Document |
| [X] | Detained Without Bond | [X] | Waived Reading of Charging Document |

# Remarks

Defendant appeared with counsel and was advised of his rights and the allegations contained in the Indictment from the District of Idaho. The Court appointed the Federal Defender to represent defendant in this district. Government motion for detention.

Defendant waived further proceedings in this district, but reserved the right to Probable Cause & Detention hearings in the charging district. USM to transport defendant to the District of Idaho.

ATTEST A True Copy
JAMES R. LARSEN, Clerk
United States District Court
Eastern District of Washington
By ____________
Deputy Clerk

FTR-S * 3:00 p.m.

INITIAL APPEARANCE - RULE 40 HEARING: 1/14/03



**REDACTED PURSUANT TO 18 U.S.C. § 3509**

THOMAS E. MOSS
UNITED STATES ATTORNEY
TRACI J. WHELAN
ASSISTANT U.S. ATTORNEY
DISTRICT OF IDAHO
205 NORTH 4TH STREET, ROOM 306
COEUR D'ALENE, IDAHO 83814
TELEPHONE (208) 667-6568
FAX: (208) 667-0814

UNITED STATES COURTS
DISTRICT OF IDAHO
DEC 17 2002
_____M.REC'D._____
LODGED____FILED_____

COPY

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>BRADLEY MOSES DELORME<br>Defendant. | **Criminal No.** CR-02 254-C-EJL<br>**REDACTED INDICTMENT**<br>(Vios. 18 U.S.C. §§ 2243 (a) and 1153) |

THE GRAND JURY CHARGES:

**(Vios: 18 U.S.C. §§ 2243 (a) and 1153)**

On or about and between 1999 and 2001, within the boundaries of the Nez Perce Indian Reservation, which is within the territorial jurisdiction of the United States, the Defendant,

**BRADLEY MOSES DELORME,**

an Indian, did engage in a sexual act with B.W.B., a non-Indian, to-wit: masturbation, and



c: Mike Sotka 1-3-03

oral and anal sexual intercourse, when B.W.B.was over the age of twelve, but less than sixteen, and the Defendant, Bradley Moses Delorme, was at least four years older than B.W.B.

DATED this 17TH day of December, 2002.

A TRUE BILL

[signature]
Foreperson

THOMAS E. MOSS
UNITED STATES ATTORNEY

[signature]
Traci J. Whelan
Assistant United States Attorney