Lisa Ellis
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 North Post, Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant
BRADLEY DELORME

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
(HONORABLE EDWARD J. LODGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR-02-254-EJL |
| Vs. | ) Sentencing Memorandum |
| BRADLEY DELORME, | ) |
| Defendant. | ) |

TO:  BETTY H. RICHARDSON, UNITED STATES ATTORNEY
     NANCY COOK, ASSISTANT UNITED STATES ATTORNEY
     STEPHEN CEDROS, UNITED STATES PROBATION OFFICER

BRADLEY DELORME, by and through counsel, Lisa Ellis and the Federal Defenders of Eastern Washington and Idaho, submits the following objections to the presentence report and sentencing memorandum:

### Objection to PSR

A.  <u>Page 9, paragraph 42:</u> Mr. Delorme states that he graduated from the Job Corps program rather than merely ending his participation.

### Conclusion

Mr. Delorme requests the Court to recommend the BOP facility in Sheridan, Oregon for his term of imprisonment and that he be permitted to self-report to that facility. Mr. Delorme also

Sentencing Memorandum

1

1  requests that the Court sentence him to the low end of the
2  applicable guideline range of 27 to 33 months.
3  Dated:    May 8, 2003
4                                        Respectfully Submitted,

*Lisa Ellis* (signature)

Lisa Ellis
Federal Defenders of
Eastern Washington and Idaho
Attorneys for Delorme

Sentencing Memorandum

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2003, I caused a true and correct copy of the SENTENCING MEMORANDUM regarding UNITED STATES v. BRADLEY DELORME to be:

_____ mailed by United States Mail

XX faxed

to:

Hon. Edward J. Lodge          Fax: (208) 334-9229
Boise Clerk of Court          Fax: (208) 334-9033


XX mailed by United States Mail

XX faxed

to:

Nancy Cook, AUSA              Fax: (208) 667-0814

/s/ Tamare R. Johnson
TAMARE R. JOHNSON
Legal Assistant to:
LISA ELLIS
Trial Attorney