# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA
v.
BRADLEY DELORME

**WARRANT FOR ARREST**

CASE NUMBER: **CR 02-254-C-EJL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **BRADLEY DELORME** and bring forthwith to the nearest magistrate to answer **A PETITION ON SUPERVISED RELEASE** charging with the below listed violation.

VIOLATION OF SUPERVISED RELEASE

*Darlene Hand*
Darlene Hand, Deputy Clerk
Name and Title of Issuing Officer

May 16, 2006
Date

---

**RETURN**

This warrant was received 05-17-2006 and executed with the arrest of the above-named individual at Lewiston, ID.

*Alex Chaunts*
Signature of Arresting Officer

06/27/2006
Date of Arrest

Alex Chaunts CDUSM
Name & Title of Arresting Officer